MARIE KNIGHT v. NEW ENGLAND MUTUAL LIFE
INSURANCE COMPANY.

February 16, 1988.

Petition for certification denied. (See 220 *N.J.Super.* 560)

JOSEPH SAN FILIPPO, JR. v. ROBERT J. PACK.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GORDON HARDGROVE.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER MCDERMOTT.

February 16, 1988.

Petition for certification denied.